In the Matter of the Estate of HENRY BRIEN, Deceased.
ANNIE A. COULSON, as Executrix and Trustee, Appellant; JEAN H. BULLER et al., Respondents and Appellants; JESSIE B. TUNSTALL, as Temporary Administratrix of the Estate of ROBERT BRIEN, Deceased, Respondent.

Argued May 16, 1938; decided May 31, 1938.

*Edward E. Reichman, Sydney A. Luria* and *Alfred B. Carb* for appellant.

*Robert H. Koehler, Daniel J. Madigan, John J. Boyle, C. Frank Reavis* and *Martin D. Jacobs* for appellants and respondents.

*Banton Moore*, in person, and *Walter L. Post* for Banton Moore, respondent.

*Edward E. Reichman, Sydney A. Luria* and *Alfred B. Carb* for Jessie B. Tunstall, as administratrix, respondent.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.